177 So. 628

## MOORE v. STATE.
### I Div. 970.

Supreme Court of Alabama.
Dec. 16, 1937.

M. A. McAuley, of Mobile, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

BROWN, Justice.

The appellant, after indictment by a grand jury, was on her trial found to be guilty of murder in the second degree, and her punishment fixed by the verdict at twenty-five years' confinement in the penitentiary.

From the judgment of the court entered on the verdict of the jury, she has appealed on the record without bill of exceptions.

The record has been examined, and we find the proceedings in all things regular and free of error.

Let the judgment be affirmed.
Affirmed.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

177 So. 648
## BIRMINGHAM ELECTRIC CO. v. Ella CHANDLER.
### 6 Div. 239.

Supreme Court of Alabama.
Dec. 16, 1937.

Ewing & Perrine, of Birmingham, opposed.

KNIGHT, Justice.
Petition of the Birmingham Electric Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Birmingham Electric Co. v. Chandler, 177 So. 646.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.